COOPER AND SCULLY, PC
Alan Law, CA #268334
alan.law@cooperscully.com
505 Sansome #1550
San Francisco, CA 94111
Telephone: (415) 956-9700; f: (415) 391-0274

ELSNER LAW & POLICY, LLC
Gretchen Elsner *(Pro Hac Vice forthcoming)*
Gretchen@ElsnerLaw.org
314 South Guadalupe Street
Santa Fe, NM 87501
Telephone: (505) 303-0980

THE POTTS FIRM, LLP
Timothy L. Sifers, KS #1992 *(Pro Hac Vice Forthcoming)*
1901 W. 47th Place, Suite 210
Westwood, Kansas 66205
P: (816) 931-2230; f: (816) 931-7030
Email: tsifers@potts-law.com

Attorneys for Plaintiff & the Proposed Class Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DONOVAN, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>DIESTEL TURKEY RANCH,<br><br>              Defendant. | Case No.<br><br>**CLASS ACTION COMPLAINT FOR VIOLATIONS OF CALIFORNIA'S CONSUMER PROTECTION LAWS**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Robert Donovan ("Plaintiff"), by and through his undersigned attorneys, brings this action on behalf of himself and all others similarly situated, based upon personal knowledge as to himself and his activities, and on information and belief as to all other matters against defendant Diestel Turkey Ranch ("Defendant" or "Diestel"), and alleges as follows:

## **NATURE OF THE CASE**

1.      This is a consumer class action against Defendant Diestel Turkey Ranch, which markets and sells premium-priced turkey products (collectively the "Turkey Products" listed below) nationwide through retailers such as Whole Foods and Amazon.com.

2.      The label of each Diestel turkey product (like that pictured below) and Diestel's online advertising uniformly state that Diestel's turkeys originate from its idyllic, family-run turkey ranch in Sonora, California (the "Sonora Ranch"), where turkeys are represented to be, among other things, "[t]houghtfully raised on sustainable family farms with plenty of fresh air and space to roam [and] are given individual care and a wholesome diet," "slow grown," and Diestel workers reportedly "walk the flock every day." Defendant invites the public to visit the Sonora Ranch to see the turkeys and conditions for themselves. Diestel's representations indicate to consumers that its turkeys are not raised on typical factory farms.



3.      To further bolster its representations that its turkeys are from its Sonora Ranch, not from typical industrial farms, Defendant also represents that its turkeys are raised in conformance with the highest animal welfare standards under the Global Animal Partnership ("GAP") Animal Welfare

Certified program. The GAP scale, which ranges from one to five, indicates how closely the conditions under which an animal was raised mimic the animal's natural environment, with five being the best, which helps consumers distinguish products that are from factory farms and those that are not.  Defendant markets its Turkey Products as coming from turkeys raised in a manner consistent with either GAP "Animal Welfare Rating 3 Enhanced Outdoor Access" or "Animal Welfare Rating 5+ Animal Centered" standards. Defendant widely advertises its Turkey Products as meeting high levels of GAP animal welfare certification standards, despite raising a large proportion of its turkeys in a manner that fails, in numerous significant respects, to meet even the lowest tier of GAP's certification standards.

4. Additionally, Diestel Turkey Ranch in Sonora, California is a turkey processing company that sources the overwhelming majority of its turkeys from growers outside of Sonora, California, at typical factory farms (the "Off-Site Facilities"), where turkeys are raised in large, overcrowded metal sheds that lack sufficient space to engage in natural behaviors and are often mired in manure and slaughterhouse waste  — *i.e*., not ranches or ranch-like conditions depicted at the Sonora Ranch.  Furthermore, despite widely advertising its Turkey Products as meeting high level animal welfare and GAP certification standards, Diestel raises a large proportion of its turkeys in a manner that fails, in numerous significant respects, to meet even the lowest tier of GAP's certification standards.

5. Each of Defendant's misrepresentations creates an overall marketing scheme that misleads the public as to the origin of Diestel's Turkey Products, including the conditions under which the turkeys are raised. The use of factory farming techniques means that Defendant's turkeys commonly suffer from, among other things, overcrowding, illness, injury, pain, filth, excessive confinement, lack of enrichment, and premature death.

6. Defendant knows that consumers care about animal welfare, and are willing to pay extra money for products that they believe come from animals that were raised outdoors on a family-run ranch, where they were treated "thoughtfully" as Defendant represents with "plenty of room to roam" and "fresh air" – in other words not from a typical industrial farm.  Defendant exploits the

growing consumer demand for non-factory farmed, humanely raised[1] animal products through these misrepresentations, that are intended to induce consumers to pay significant premiums for Diestel's Turkey Products that consumers reasonably believe come from turkeys that were "thoughtfully raised" on the Diestel family's Sonora Ranch.

7.     Although there is a labeling process involving the USDA, internal reporting has indicated how unreliable these meat and poultry labels are. An excerpt from executive summary of the USDA OIG report states:

> "As a result, meat, poultry, and egg product labels may reflect inaccurate statements and claims made by establishments. Additionally, there is reduced assurance that establishments' generic labels meet requirements. Based on our sample results, we estimated that approximately 2,038 (15.00 percent) of the approved required labels and 161 (18.34 percent) of the approved generic labels may have one or more exceptions."[2]

8.     As a result of Defendant's misrepresentations about its turkey products from the Sonora Ranch, consumers paid more for Diestel Turkey Products and suffer harm in the form of paying a higher price for them than they would have paid if they had known that Diestel turkeys were raised at the agro-industrial Offsite Facilities.

9.     Plaintiff brings this class and private attorney general action against Defendant, on behalf of himself and the proposed classes, in order to seek damages and injunctive relief for Defendant's false and misleading representations regarding its turkey products. Defendant's misrepresentations constitute violations of the California Consumers Legal Remedy Act, Cal. Civ. Code §§ 1750-1785 ("CLRA"); the California False Advertising Law, Cal. Bus. & Prof. Code § 17500, *et seq.* ("FAL"); and the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* ("UCL").

---

[1] Defendant previously represented its Turkey Products as "Humanely Raised." Upon information and belief, this phrase was only phased out in favor of "Thoughtfully Raised." Defendant's interchangeable use of these phrases capitalizes on the widespread consumer confusion over the meanings of these and similar marketing claims.
[2] https://www.usda.gov/sites/default/files/audit-reports/24601-0002-23.pdf

**PARTIES**

10.     Plaintiff Robert Donovan is, and at all times alleged in this Complaint was, a natural person and resident of Arcata, California. He purchased Diestel Turkey Products for more than ten years in various locations throughout the United States, including in northern California at the North Coast Coop in Arcata, California in 2015, 2016 and 2017. For those years, Plaintiff purchased and consumed Diestel's whole-body turkeys approximately six times a year and paid an estimated $50 for each bird. The birds were usually packaged in cardboard boxes. Plaintiff also purchased approximately twelve packages of Diestel's ground turkey, which were sold as plastic-wrapped logs for approximately $8.79 each. The images reproduced below are from the boxes that contained the product that Plaintiff purchased.





11.     Plaintiff purchased and paid higher prices for the Diestel turkey products based on Defendant's representations that its turkeys were from a small, family-run ranch in Sonora, California, including but not limited to, the turkey products being "thoughtfully raised" outside with fresh air – *not* raised in a manner consistent with factory farming. However, many of Diestel's turkeys were in fact raised under typical factory farm conditions at Off-site Facilities. Had Plaintiff, and other Class members, known the truth that Diestel's turkey were not raised at the Sonora Ranch, they would not have purchased those products, or would not have paid the inflated prices for them. If Diestel were to disclose the truth about its Turkey Products, consumers, including Plaintiff, would be better able to make an informed choice about whether to purchase them at the prices offered. Plaintiff would be interested in buying another Diestel Turkey Product that is truthfully advertised with animal welfare claims consistent with not being from a factory farm.

12.     Defendant Diestel Turkey Ranch is a California corporation with a principal place of business located at 22200 Lyons Bald Mountain Road, Sonora, California 95370. It sells, or during the applicable statute of limitations has sold, its Turkey Products in California and across the country online (through its website and Amazon) and through major retailers like Whole Foods Markets.

13.     Plaintiff alleges, on information and belief, that at all relevant times Defendant's agents, employees, representatives, executives, directors, partners, and/or subsidiaries were acting within the course and scope of such agency, employment, and representation on behalf of Defendant.

## JURISDICTION AND VENUE

14.     Diversity subject matter jurisdiction exists over this class action pursuant to the Class Action Fairness Act of 2005, Pub. No. 109-2, 119 Stat. 4 (2005), amending 28 U.S.C. § 1332, at new subsection (d), conferring federal jurisdiction over class actions involving: (a) 100 or more members in the proposed class; (b) where at least some members of the proposed class have different citizenship from some defendants; and (c) where the claims of the proposed class members exceed the sum or value of five million dollars ($5,000,000) in the aggregate. 28 U.S.C. § 1332(d)(2) and (6).

15.     While the exact number of members in the proposed class is unknown at this time, Plaintiff has reason to believe that thousands of consumers purchased Defendant's Turkey Products

throughout California and the United States during the relevant time period. The number of class members could be discerned from the records maintained by Defendant.

16.     While the exact damages to Plaintiff and the members of the classes are unknown at this time, Plaintiff reasonably believes that their claims exceed five million dollars ($5,000,000) in the aggregate.

17.     This Court has personal jurisdiction over the parties in this case. Plaintiff resides in this District, purchased Turkey Products in this District, and was injured thereby in this District.  Further, by filing this Complaint, Plaintiff consents to this Court having personal jurisdiction over him. Defendant, a citizen of California, is authorized to, and in fact does, conduct substantial business in California, including in this District, where Plaintiff purchased its products. Defendant purposefully avails itself of the laws of California to market, promote, distribute, and sell the Turkey Products to consumers in California and this District.

18.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because many of the acts and transactions giving rise to this action occurred in this District and because Defendant:

(a) has intentionally availed itself of the laws and markets within this District through the promotion, marketing, distribution and sale of its products in this District;

(b) does substantial business in this District; and

(c) is subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

19.     Defendant sells or, during the applicable statute of limitations, has sold, its Turkey Products in California and across the country online (through its website and Amazon) and through major retailers like Whole Foods Markets.

20.     Defendant Diestel Turkey Ranch processes, distributes, and sells turkey products in the United States including the following (referred to collectively here as the "Turkey Products"):

a)     Naturally Smoked Whole Turkey;

b)     Naturally Oven Roasted Whole Turkey;

c)     Organic Oven Roasted Whole Turkey;

d)     Organic Heirloom Whole Turkey;

CLASS ACTION COMPLAINT
- 8 -

e)      Organic Whole Turkey;

f)      Low Sodium Oven Roasted Turkey Breast;

g)      Organic Roasted Turkey Breast;

h)      Organic Honey Roasted Turkey Breast;

i)      Organic Pre-Sliced Smoked Turkey;

j)      Organic Pre-Sliced Oven Roasted Turkey;

k)      Diestel Non-GMO Project Verified Young Turkey;

l)      Original Diestel Turkey;

m)      Petite Turkey;

n)      Diestel Turkey Chorizo;

o)      Fully Cooked Drums and Thighs;

p)      Natural Burgers;

q)      Boneless Young Turkey Roast;

r)      Heidi's Hens Organic Breast Roast;

s)      Diestel Ground Turkey

t)      Bone-In Breasts Young Turkey Breast; and

u)      Brined Turkey Breast.[3]

**A. Diestel's Sonora Ranch Representations Are Likely to Deceive Reasonable Consumers Into Thinking That Diestel Has One, Idyllic Location Where It Raises Its Turkeys. In Reality, Diestel Raises Less Than 1% of the Turkeys in These Picturesque Conditions.**

21.     Defendant's packaging for the Turkey Products, and on its website, uniformly and consistently state on the principle display panels of the product labels that they are from the "Diestel Turkey Ranch" "family farm" in Sonora, California. The packaging for the Turkey Products further bolsters the representation that Diestel turkeys are not from a typical industrial, factory farm by stating

---

[3] Discovery may indicate that additional products should be included within the scope of this Complaint, and Plaintiff reserves the right to add those products.

that the turkeys are, among other things, "thoughtfully raised" with "plenty of room to roam" and "fresh air," "Diestel turkeys are slow grown," and "Family Secret 1 [is to] Walk the flock each day."

22. Defendant has promoted "A Family-Run Sustainable Ranch" on its website[4] and encourages consumers to visit to the Sonora Ranch. On its website during the class period, Defendant promoted the "family-run ranching tradition" of "free-range turkeys from our beautiful ranch in the Northern California foothills."[5]



23. Diestel advertising brochures have been available at Whole Foods stores across the country without the need to purchase any products. Defendant references and pictures only the Sonora Ranch, "a family run sustainable ranch." The leaflet includes imagery of turkeys grazing freely on green pastures, accompanied by the text "Slow Grown Turkeys from the Diestel Family Ranch." In the leaflet, Defendant recites its alleged belief that "turkeys should be raised in the most natural environment possible," alongside images of grazing turkeys. The representations and imagery in this leaflet are consistent with similar representations and imagery on Defendant's website, which focus on the idyllic Sonora Ranch and the conditions there in order to demonstrate to consumers that Diestel's turkeys are not from a factory farm and are treated with high animal welfare standards.

---

[4] The images of Defendant's website appeared during the applicable class period. However, at a certain point during the pendency of the previous case against Defendant and during the class period, Defendant removed many representations depicted here.

[5] Diestel Turkey Ranch, http://diestelturkey.com/; Farms of Tuolumne County, Diestel Family Turkey Ranch, https://farmsoftuolumnecounty.org/farms/diestel-family-turkey-ranch/ (last visited August 5, 2019) ("Feel free to come by and visit the ranch and our onsite salesroom.")

We're grateful for your support of our family-owned & operated ranch
Thank you for supporting our family's fourth-generation farming operation. We're committed to delivering to you the same premium natural and organic Diestel turkey products that you have trusted for over 65 years.
The Diestel Family
Tim, Joan, Jason, Garrett & Heidi
We invite you to come visit our ranch.
We're located approximately 2.5 hours east of San Francisco in the Sierra Nevada foothills near Yosemite.
DIESTEL
TURKEY RANCH
22200 Lyons Bald Mountain Road
Sonora, CA 95370
(209) 532-4950 www.diestelturkey.com
DIESTEL
TURKEY RANCH
Slow-Grown Turkeys
from the
Diestel Family Ranch
A FAMILY-RUN SUSTAINABLE RANCH
Since 1949

We don't rush our farming practices, and quality is never left to chance
We're committed to to farming practices that are respectful to the animals and land and result in a wholesome turkey. Our birds live in harmony with the environment, and we allow them to grow slowly and naturally, with plenty of room to roam on our ranches.
To produce the highest-quality, most delicious turkeys for you and your family, our birds are fed the finest U.S-sourced grain. We feed a 100% vegetarian diet, and we never administer growth stimulants or antibiotics. Diestel turkeys are tender and juicy with that real old-fashioned flavor, and our products never contain any artificial ingredients. Our turkeys and deli meats are gluten free, and the majority of our turkey products contain no gluten.
You can be assured that all of our products, both organic and all-natural, are produced under our strict animal welfare standards.
For us, sustainable isn't a trend -
it's a way of life
In everything we do—from raising our turkeys to managing our ranches– we're committed to sustainable practices. We oversee all aspects of farming, processing, and production, which results in the consistently premium Diestel turkey that you and your family have come to trust.
You make it possible
Our customers are the heart and soul of our business, and we are so honored that you value our family's efforts and our cause. By supporting a sustainable family farm such as ours, you are helping to make a positive impact on the environment and our food system. We welcome and value your input and feedback.
We've been raising turkeys on our sustainable ranch since 1949.
DIESTEL
TURKEY RANCH









1
2
3
4
5
6
7
8
9
10



11    24.     Defendant's representations carry over to advertisements with retailers, such as this one

12  for Bi-Rite Market, in which Defendant gives the impression that all turkeys are from the Sonora Rach

13  and are "range grown, never caged."

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



25.     Defendant's advertising gives reasonable consumers the false impression that all of the Turkey Products are made from turkeys that were "Thoughtfully Raised" on the Sonora Ranch.

26.     Upon information and belief, Defendant sends its turkeys to the Sonora Ranch *only for slaughter and processing*. Some turkeys never make it to Sonora Ranch at all and are slaughtered and processed far away from Sonora and outside California, at the conclusion of lives spent in deplorable conditions at Off-Site Facilities.[6]

27.     In contrast to its representations to consumers, Defendant admitted to government regulators, as detailed in a 2013 California Regional Water Quality Control Board report on the Sonora Ranch, that it "raise[d] several hundred chickens and turkeys [at the Sonora Ranch] for *non-commercial* purposes. *Commercial turkeys are raised off-site and delivered by truck to the Ranch for processing*."[7]

28.     Upon information and belief, Defendant slaughters approximately 2 million turkeys each year.

29.     According to California Regional Water Quality Control Board, Defendant's turkeys originate from Off-Site Facilities, even though they may end up at the Sonora Ranch for slaughter.

30.     On November 23, 2015, the *Wall Street Journal* and *Washington Post* reported on a nine-month undercover investigation of Defendant (the "Investigation").[8]  The Investigation included extensive footage of Sonora Ranch as well as a second facility owned and operated by Defendant in the city of Jamestown in Tuolumne County, California ("Jamestown Facility").

31.     Upon information and belief, the Jamestown Facility is an agro-industrial operation with approximately 26 poultry barns, warehousing anywhere from 7,000 to 17,000 Diestel Turkeys per barn.

---

[6] Upon information and belief, the Sonora Ranch houses a five-acre processing facility, a slaughterhouse, and wastewater treatment plant.
[7] California Regional Water Quality Control Board, http://www.waterboards.ca.gov/centralvalley/board_decisions/adopted_orders/tuolumne/r5-2013-0112.pdf (2013) (emphasis added).
[8] Wall Street Journal, "Video Shows Abuse at Whole Foods Turkey Supplier, Activists Say" (Nov. 23, 2017), http://www.wsj.com/articles/video-shows-abuse-at-whole-foods-turkey-supplier-activists-say-1448328713.

32.     The Jamestown Facility and other similar large scale, agro-industrial operations run by Defendant are materially different from what Defendant leads the public to believe about its purportedly idyllic Sonora Ranch. These google earth images show the visual, stark difference[9]:





[9] First: satellite view of Sonora Ranch. Google Earth, https://www.google.com/earth/, captured Jan. 27, 2017. Second: satellite view below of Off-Site Jamestown Facility. Google Earth, https://www.google.com/earth/, captured Oct. 12, 2019.

33.     Defendant's advertising and labeling of the Turkey Products as originating from the Sonora Ranch is false, misleading, and intended to induce consumers to purchase Defendant's Turkey Products, at a premium price, while ultimately failing to meet consumer expectations. These representations deceive and mislead reasonable consumers into believing that the Turkey Products are from the Sonora Ranch, not a typical factory farm, when they are not.

34.     In reality, less than 1% of Diestel's turkeys are raised at the Sonora Ranch. Instead, Diestel sells turkeys from approximately eight off-site facilities and purchases raw material (bird parts) from suppliers outside of Sonora and outside of California and then packages them as Diestel products from Sonora Ranch.

**B.      Diestel's "Thoughtfully Raised" Statements Are Likely to Deceive A Reasonable Consumer Into Thinking That the Turkeys Are Raised in Fresh Air, Roam Outdoors in Fields, and Receive Individual Care. In Reality, Turkeys Live in Sheds with Thousands of Other Birds and "Care" is Culling Sick and Dead Birds.**

35.     Although Defendant falsely claims that its turkeys are "Thoughtfully Raised with plenty of fresh air and space to roam, whether indoors or outdoors," the turkeys are rarely, if ever, allowed outside the agro-industrial barns where they spend their lives.[10]

36.     In reality, most of Defendant's turkeys are raised in typical commercial poultry barns that house up to 17,000 birds at a single time.

37.     Satellite images of Defendant's turkey barns taken over the turkeys' lifespan indicate that turkeys are not outdoors and not on any range. Instead, the satellite images indicate that the turkeys live and defecate inside the barns.

38.     Upon information and belief, Defendant has allowed the turkeys outside the barns only for staged inspections.[11]

---

[10] Deposition of Kent Larson, at 19-20. When asked whether he saw the turkeys out, Mr. Larson answered, "I have not—in 20 years, the first time I ever saw turkeys out was in May of last year." Mr. Larson continued, "I looked up from my living room. And you'll see in one of the photos, I saw masses of turkeys out, smaller turkeys, out in buildings that I had never seen them out before. And so I was shocked—not shocked but surprised. So I took a photo."

[11] *Id.* at 35:9-13. After explaining that the turkeys were out in October 2016, "then they were never out again," Mr. Larson stated, "Well, if someone was to come along and inspect at that time, everything would look normal on those days because everything is out, everything is to the standard. And then when the inspection is over, closed back up and they go back in."

39.      Upon information and belief, the California Regional Water Quality Control Board does not freely permit the turkeys to be "Range Grown." The false nature of Defendant's advertising is well-known to the community surrounding Defendant's Off-site Facilities' operations. A neighbor of a Diestel facility located at 10700 La Grange Road, Jamestown, California 95327 (the "Jamestown Facility") states it is "general knowledge" "about what's out here compared to what's being advertised."[12] The neighbor describes the local communication regarding Defendant and its operations as "like just a slight little wink/nod type thing. 'We know what's going on'."[13]

40.      Upon information and belief, and directly contrary to Defendant's advertising and labeling, undercover footage of the Jamestown Facility demonstrates that turkeys used in the Turkey Products are not raised under the highest animal-welfare standards at the Sonora Ranch. To the contrary, Diestel's turkeys are raised in a manner consistent with typical factory farming conditions as evidenced by the following published observations:[14]

- turkeys were raised in over-crowded barns[15];

- turkeys were found languishing or dead;

- turkeys suffered from excessive confinement;

- turkeys were covered in feces;

- turkeys were trapped in feces that covered much of the barn floor, up to one-half foot deep;

- turkeys suffered from swollen-shut eyes, swollen nostrils, open wounds, and/or bruises;

- turkeys were missing large patches of feathers as a result of pecking one another and/or de-feathering from extreme stress;

---

[12]Direct Action Everywhere SF Bay Area is the Plaintiff in a lawsuit filed against Diestel Turkey Ranch in Alameda County Superior Court in January 2017, Case No. RG17847475 ("*Direct Action* Lawsuit"). The nonprofit Plaintiff conducted an undercover investigation at Diestel Turkey Ranch facilities and issued a report titled "A Deadly Feast: What You are Not Told About Your Thanksgiving Turkey." *Direct Action* Lawsuit, Deposition of Kent Larson ("Larson Depo."), at 14:4-5.
[13] *Id.* at 15: 3-5.
[14] Direct Action Everywhere, "A Deadly Feast," http://directactioneverywhere.com/s/A-Deadly-Feast.pdf (last visited July 10, 2019).
[15] A 2014 *Consumer Reports* survey found that 90% of consumers expect that "humanely raised" animals are raised with adequate living space. Animal Welfare Institute, *supra n.2*, at 10.

- turkeys were routinely subject to debeaking and/or beak-trimming;

- turkeys suffered from grossly inflamed and swollen crops, which are located near a turkey's throat;

- turkeys labored to breathe in an enclosed barn environment dense with ammonia and particles of dried feces and feathers; and

- turkeys were subject to high mortality rates, with as many as 7% of birds in a barn dying in a single week.

*Many Diestel birds missing large portions of feathers, covered with feces, sometimes stuck in feces a half-foot deep, 2015.*



*The turkey pictured below is stuck in manure inside a Diestel barn.*



*Turkeys, pictured below, crowded inside a barn at Diestel's Jamestown facility, 2015. These turkeys were slaughtered and sold as "Thoughtfully Raised" and/or "Humanely Raised."*



1

2

*Diestel birds are debeaked, where a portion of the beak is burned off, an inefficient and painful process that in some cases leads to ongoing pain and even death, 2015.*

3

4

5

6

7

8

9

10

11

12

13

14



15

16

*Diestel turkeys were sometimes packed so densely that some were helplessly trampled to death, 2015.*

17

18

19

20

21

22

23

24

25

26

27

28



41.     Diestel reinforces the representation that its turkeys are raised on the Sonora Ranch, and not on factory farms, by using animal-raising claims, such as "thoughtfully raised" on "sustainable family farms" with "plenty of fresh air" and "room to roam." Consumers are led to believe based on these statements that Diestel's turkeys are raised on the Sonora Ranch and not raised under typical agro-industrial conditions that would not meet these characterizations.

42.     For example, Defendant's website, reproduced in relevant part here, prominently stated in the header that its turkeys are "Thoughtfully Raised" based on the Diestel family's commitment to "sustainable farming" and providing the birds with "plenty of fresh air and space to roam" and "given individual care":



## Thoughtfully Raised
### Sustainable Farming Goes Beyond Our Ranch's Fences

Our family is dedicated to a sustainable method of farming. To us thoughtfully raised means giving the birds plenty of fresh air and space to roam, whether indoors or outdoors. Our turkeys are given individual care and a wholesome diet. In fact, since the founding of our ranch we've been committed to the philosophy that our operation should be managed with a keen focus on the animals, the environment, and the community.

We believe that our farming methodology provides value through applied innovation, increases the quality and nutrient value of our products, and also stands as an inspiration to others, allowing us to make a long-term impact. We take our responsibility as farmers seriously and we partner with others that share our passion for doing things right.

Each day we support natural and organic farming methods that positively impact our farms, animals and community, so that future generations may enjoy the same family farm that started it all back in 1949.

43.     Defendant's website expanded upon the "Thoughtfully Raised" representations, claiming that its turkeys are "Thoughtfully Raised with plenty of fresh air and space to roam, whether indoors or outdoors" and "our turkeys are given individual care" in connection with stating that "we were the first turkey producer in the country to obtain a GAP 5+ Rating."[16]

---

[16] Diestel Turkey Ranch, http://diestelturkey.com/thoughtfully-raised/the-diestel-difference/ (last visited July 10, 2019). The "plenty of fresh air and room to roam" has since been moved to https://diestelturkey.com/we-love-our-birds-and-then-some/ (last visited on July 10, 2019).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Thoughtfully Raised & Harvested**

Diestel turkeys are thoughtfully raised with plenty of fresh air and space to roam, whether indoors or outdoors. Our turkeys are given individual care and a wholesome diet. In fact, we were the first turkey producer in the country to obtain a GAP 5+ Rating on our Pasture Raised Holiday Turkeys. This is the very highest rating in the GAP system! Our birds are harvested in our own USDA-inspected processing facility, where we have always possessed incredible respect for our animals. Please feel free to give us a call at the ranch if you have any further questions: 209.532.4950.

44.     Defendant's packaging of its Turkey Products also includes these "Thoughtfully Raised" representations, including the Products featured below:



ESERVATIVES OR ARTIFICIAL INGREDIENTS | MINIMALLY PR... RAISED WITHOUT ANTIBIOTICS
PURE TURKEY | NO GLUTEN

\*\*Thoughtfully raised on sustainable family farms with plenty of fresh air and space to roam, our turkeys are given individual care and a wholesome diet.

KEEP REFRIGERATED OR FROZEN
MAY CONTAIN UP TO 3% RETAINED WATER
Distributed By Diestel Family Turkey Ranch

45.     On its website, Defendant posted a video called "Meet the Ranchers," in which it claims that Defendant's practices are different from conventional agriculture:



CLASS ACTION COMPLAINT
- 22 -

46.     Defendant creates and posts videos online that give the impression that all of its Turkey Products are range grown. The video below shows Diestel family members outside with turkeys in fields:



47.     Defendant described pasture raising birds without qualification as to which birds are raised this way creating the impression that they are all pasture raised on the Sonora Ranch:

## Pasture Raised Life

It truly doesn't get any better than pasture raised. Under a canopy of oak trees, these birds have it made. Raised slowly on an all vegetarian diet that is supplemented with fresh green pasture every day of their adolescent and adult lives, these turkeys are given no antibiotics or chemicals. Diestel's pasture raised turkeys attained the Global Animal Partnership Step 5 rating, which is the highest rating to date.

48.     Defendant made further explicit representations regarding its care for the turkeys at the Sonora Ranch, such as assertions regarding fresh air, space to roam, outdoor access, and individual

care.[17] Defendant asserted on its website, reproduced below, and its product labels that it "walk[s] the flock every day," spends time with birds in the field, and makes sure that the turkeys "have the best environment possible":

**Family Secret #1:** Walk the flock every day. This is a practice, passed down from Great Uncle Ernest, that we have incorporated and refined through the years. We pay close attention to the health of our birds by spending time with them in the fields, observing their behaviors, and making sure that they have the best environment possible.

49.     Diestel's advertising consistently indicates that its turkeys are range grown on the pasture at the Sonora Ranch:



50.     Defendant's advertising of its Turkey Products creates the impression that its turkeys are thoughtfully raised on the Sonora Ranch in compliance with the highest animal welfare standards, including that they are range and slow grown with plenty of fresh air and room to roam.

51.     In reality, birds are raised in crowded sheds with thousands of other birds and the sheds are surrounded by barren land that is not home to outdoor turkeys. The crowding is so intense enough that Diestel conditions the beaks in order to prevent cannibalism. Diestel's contracts with its growers do not have any requirements for thoughtful raising by any definition. Instead of individual care, Diestel's veterinarian visits Diestel's operations only four times a year and sees only 2-3 farms per

---

[17] Diestel Turkey Ranch, http://diestelturkey.com/thoughtfully-raised/ (last visited Nov. 13, 2017).

visit and has documented double digit mortality inside the sheds. Walking the flock actually means picking up dead birds to discard them.

**C. Diestel's Third-Party Certification Statements Are Likely to Deceive Reasonable Consumers Into Thinking that Diestel's Entire Operation Satisfied the Highest Standards. In Reality, Less than 1% of The Birds Enjoy GAP Step 5/5+ Conditions.**

52.     On its website, Defendant represented that it "embraces strict animal welfare practices" and adheres to third party Global Animal Partnership (GAP) animal welfare standards.[18] Defendant also emphasizes "GAP 5+" while making humanely raised and harvested claims. The GAP 5-Step rating system allows turkey products to be rated at Step 1, Step 2, Step 3, Step 4, Step 5, or Step 5+. A turkey producer may produce certain products that do not achieve any GAP Step rating, not even the lowest rating of Step 1. That same turkey producer may also produce turkey products that are rated Step 5+. The standards are determined by GAP and the audits are conducted less than once a year by auditors, who purportedly audit for compliance with GAP's standards for each particular step rating. According to GAP's website, each farm must be audited individually in order to receive a rating rather than a company as a whole.

53.     Diestel emphasizes its GAP Step 5+ rating in its marketing materials, including on Facebook, when describing the animal welfare standards applied to its turkeys including for example its "Thoughtfully Raised" representations[19] creating the impression that all of Diestel's Turkey Products are raised on the Sonora Ranch consistent with GAP 5+ standards.

---

[18] Diestel Turkey Ranch, http://diestelturkey.com/thoughtfully-raised/global-animal-partnership-ratings/ (last visited Nov. 13, 2017); https://diestelturkey.com/about/the-diestel-difference/ ("we make only choices we'd be proud to talk about—like deciding to become one of the first turkey producers to earn a Global Animal Partnership Step 5 rating") (last visited August 6, 2019).

[19] *See, e.g.*, http://diestelturkey.com/thoughtfully-raised/the-diestel-difference/ (last visited Nov. 13, 2017).