COOPER AND SCULLY, PC
Alan Law, # 268334
Alan.Law@cooperscully.com
505 Sansome #1550
San Francisco, CA 94111
Telephone: 415.956.9700

ELSNER LAW & POLICY, LLC
Gretchen Elsner *(Pro Hac Vice)*
Gretchen@ElsnerLaw.org
314 South Guadalupe Street
Santa Fe, NM 87501
Telephone: (505) 303-0980

POTTS LAW FIRM, LLP
Timothy L. Sifers (*Pro Hac Vice*)
tsifers@potts-law.com
1901 W. 47 Place, Suite 210
Westwood, KS 66205
P: (816) 931-2230 / F: (816) 931-7030

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DONOVAN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>DIESTEL TURKEY RANCH,<br><br>                Defendant. | Case No. 20-cv-07125-RS<br><br>**ORDER REGARDING STIPULATION** |

**ORDER**

The Court, having considered the Stipulation of the parties, and finding good cause, hereby Orders:

1. Plaintiff will file a First Amended Complaint no later than January 5, 2021.
2. Defendant will file its response no later than January 19, 2021.
3. Defendant's pending Motion to Dismiss, ECF 25, is moot.
4. Defendant's pending Request for Judicial Notice, ECF 26, is moot.
5. The hearing set for January 7, 2021 is vacated.

IT IS SO ORDERED.

Dated: December 7, 2020

Hon. Richard Seeborg
United States District Judge