COOPER AND SCULLY, PC
Alan Law, CA #268334
Alan.Law@cooperscully.com
505 Sansome #1550
San Francisco, CA 94111
P: (415) 956 -9700 / F: (415) 391-0274

ELSNER LAW & POLICY, LLC
Gretchen Elsner (*Pro Hac Vice*)
Gretchen@ElsnerLaw.org
314 South Guadalupe Street
Santa Fe, NM 87501
P: (505) 303-0980

POTTS LAW FIRM, LLP
Timothy L. Sifers (*Pro Hac Vice*)
tsifers@potts-law.com
1901 W. 47 Place, Suite 210
Westwood, KS 66205
P: (816) 931-2230 / F: (816) 931-7030

Attorneys for Plaintiff & the Proposed Class Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DONOVAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIESTEL TURKEY RANCH,<br><br>Defendant. | Case No. 4:20-cv-07125<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that the above-styled action is voluntarily dismissed without prejudice against the Defendant. Plaintiff is pursuing his claims in state court.

---

NOTICE OF VOLUNTARY DISMISSAL
- 1 -

Dated: February 9, 2021                    Respectfully submitted,

**ELSNER LAW & POLICY, LLC**

_____
Gretchen Elsner (*Pro Hac Vice*)
Gretchen@ElsnerLaw.org
314 South Guadalupe Street
Santa Fe, New Mexico 87501
Telephone: (505) 303-0980

**THE POTTS FIRM, LLP**

 */s/ Timothy L. Sifers*
Timothy L. Sifers, KS #19922
1901 W. 47th Place, Suite 210
Westwood, Kansas 66205
P: (816) 931-2230
F: (816) 931-7030
Email: tsifers@potts-law.com

**COOPER AND SCULLY, PC**

 _/s/ Alan Law_____
Alan Law, CA # 268334
Alan.Law@cooperscully.com
505 Sansome #1550
San Francisco, CA 94111
Telephone: 415.956.9700

*Counsel for Plaintiff & the Proposed Class*